**John A. WHITE Claimant–Appellee,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellant.**

No. 03–7158.

United States Court of Appeals, Federal Circuit.

May 6, 2004.

Martin F. Hockey, Jr., Principal Attorney, Michael N. Cohen, of Counsel, Washington, DC, for Respondent–Appellant.

---

Michael P. Horan, Principal Attorney, Paralyzed Veterans, Washington, DC, Harold W. Youmans, of Counsel, Holland & Knight, Tampa, FL, for Claimant–Appellee.

Before SCHALL, GAJARSA, and PROST, Circuit Judges.

SCHALL, Circuit Judge.

### ORDER

John A. White moves to dismiss the Secretary of Veterans Affairs' appeal. The Secretary opposes and moves vacate the Court of Appeals for Veterans Claims' decision in *White v. Principi*, 01–1475 (March 25, 2003), and have the case remanded for further proceedings consistent with this court's decision in *Conway v. Principi*, 353 F.3d 1369 (Fed.Cir.2004).*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Secretary's motion to vacate and remand the case is granted.

(2) Hackett's motion to dismiss is denied.

---

* Before filing the motion to vacate and remand, the Secretary sought a continuance of the stay. The motion to continue the stay is granted.